# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID PHILLIP FOLEY,**

    **Plaintiff,**

    v.                                          **Case No. 12-cv-1000**

**BRUCE J. LANDGRAF,**
**ANDREW GARRISON,**
**MICHAEL GARRISON, and**
**RICK BYSTRA,**

    **Defendants,**

## ORDER

On September 27, 2013, the United States Court of Appeals for the Seventh Circuit dismissed plaintiff's appeal for failure to pay the required docketing fee and directed this court to collect the appellate fees from the prisoner's trust fond account using the mechanism outlined in 28 U.S.C. § 1915(b). See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997). Therefore,

**IT IS ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from plaintiff's prison trust account the $455.00 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

**IT IS FURTHER ORDERED** that plaintiff's motion to enlarge the appeal record (Docket #22) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2013.

s/ Lynn Adelman
<br>LYNN ADELMAN
<br>District Judge